IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DEVONTEZ BOBO,

Defendant.

8:25CR113

NOTICE OF COMPLIANCE OF LOCAL
CRIMINAL RULE 16.1(a)

COMES NOW the Plaintiff, United States of America, by and through the undersigned

Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United

States District Court for the District of Nebraska, hereby gives notice that discovery material has

been provided to the defendant on June 5, 2025.

DATED this 6th day of June, 2025.

UNITED STATES OF AMERICA
Plaintiff

LESLEY A. WOODS
United States Attorney

By:   s/ Matt E. Lierman
MATT E. LIERMAN, #22191
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
E-mail:  matt.lierman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025 electronically filed the foregoing with the Clerk of the
Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Matt E. Lierman
Assistant U.S. Attorney