IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25CR113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE TRIAL** |
| | ) | |
| DEVONTEZ BOBO, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Devontez Bobo, by and through Assistant Federal Public Defender, Kelly M. Steenbock, hereby moves the Court for an Order continuing trial for 60 days or until the Court's calendar allows. In furtherance of said motion, Defendant states as follows:

1. Trial is scheduled to commence July 22, 2025.

2. Defense counsel and counsel for the government are actively engaged in plea negotiations. Counsel needs additional time to negotiate a resolution that eliminates the need for a trial.

3. Counsel has informed the Defendant of his right to a speedy trial in this case. Understanding that right, the Defendant agrees that this motion is in his best interest. He waives any right to a speedy trial during the pendency of this motion.

4. Counsel consulted with Matt Lierman, the Assistant United States Attorney assigned to this case, and he has no objection to Defendant's request for a continuance.

WHEREFORE, counsel respectfully requests this Court to continue his trial for approximately 60 days, or as soon thereafter as the Court's calendar will allow.

Dated this 7th day of July 2025.

DEVONTEZ BOBO, Defendant,


By:    s/ Kelly M. Steenbock
**KELLY M. STEENBOCK**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
Phone: (402) 221-7896
Fax: (402) 221-7884
e-mail: kelly_steenbock@fd.org