**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:25CR113 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DEVONTEZ BOBO, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [18]. Counsel needs additional time to conduct plea negotiations.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [18] is granted as follows:

1.  The jury trial, now set for July 22, 2025, is continued to **September 23, 2025.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 23, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: July 7, 2025**

**BY THE COURT:**

s/ Michael D. Nelson
**United States Magistrate Judge**