IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA ,

      Plaintiff

vs.

DEVONTEZ BOBO,

      Defendant.

8:25CR113

ADOPTION OF PRESENTENCE
INVESTIGATION REPORT AND
PLAINTIFF'S STATEMENT

      COMES NOW Plaintiff, United States of America, by and through the undersigned

Assistant United States Attorney, and hereby states it has no objections, additions, or changes to

be made to the Revised Presentence Investigation Report completed in connection with this case.

At this time, Plaintiff anticipates offering no evidence at sentencing, other than to rebut or

address those issues raised by Defendant, if any.  Plaintiff hereby adopts the information and

materials contained within the Revised Presentence Investigation Report.

      Dated this 13th day of December, 2025.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By:   s/ Matt E. Lierman
      MATT E. LIERMAN, #22191
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel:  (402) 661-3700
      Fax:  (402) 345-5724
      E-mail:  matt.lierman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant via email.

Lisa M. Mayland
U.S. Probation and Pretrial Services Officer
lisa_mayland@nep.uscourts.gov

s/ Matt E. Lierman
Assistant U.S. Attorney
